UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA MAGGIE PALAS,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:26-cv-06063-KES-FJS<br><br>ORDER RE: STIPULATION FOR EXTENSION TO FILE OPPOSITION TO PLAINTIFF'S OPENING BRIEF<br><br>(ECF No. 13) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's motion for summary judgment be extended from December 7, 2026 to January 6, 2027. This is Defendant's first request for an extension of time to respond to Plaintiff's brief. Defendant respectfully requests this additional time because undersigned counsel is taking unanticipated leave to attend a family funeral.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall respond to Plaintiff's opening brief on or before January 6, 2027;
- Plaintiff's optional reply will be due within 14 days of the filing of Defendant's brief (on or before January 20, 2027).

Respectfully submitted,

DATE: November 16, 2026

*/s/ Jonathan Omar Pena**
JONATHAN OMAR PENA
Attorney for Plaintiff
(* approved via email on 11/16/26)

ERIC GRANT
United States Attorney

DATE: November 16, 2026 By *s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

Pursuant to the Parties' stipulation for an extension of time to file an opposition to Plaintiff's opening brief (ECF No. 13), and for good cause appearing, the court HEREBY ORDERS as follows:

(1) The Commissioner of Social Security SHALL have up to and including January 6, 2027, to file their response to Plaintiff's opening brief (ECF No. 11); and

(2) Plaintiff's optional reply brief SHALL be due fourteen (14) days after the filing of Defendant's opposition brief.

IT IS SO ORDERED.

Dated: **November 17, 2026**

UNITED STATES MAGISTRATE JUDGE